U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2019R00655)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton                              DISTRICT COURT NO.   1:19-CR-324

                                                 MAGISTRATE CASE NO.

Indictment                  X Information                        Magistrate's Complaint
DATE:                       DATE: September 4, 2019              DATE:

| UNITED STATES OF AMERICA | SUPERSEDING INFORMATION |
| vs. | Prior Case Number: |
| LARRY SCOTT | Date Filed: |

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge: Steve C. Jones

Attorney: Jeffrey W. Davis
Defense Attorney: Steve Murrin