IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| LARRY SCOTT | 1:19-CR-324 |

I, LARRY SCOTT, the above named defendant, who is accused of Title 18, United States Code, Section 1343, and Title 26 United States Code Section 7206(1) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 4, 2019 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
LARRY SCOTT
Defendant

_____
Steve Murrin
Counsel for Defendant

Before _____
Judicial Officer