**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs  **11** Min

Filed in Open Court:  Date: **9/4/2019**  Time: **9:32AM**  Tape: **FTR GOLD**

Magistrate (presiding): **Russell G. Vineyard**      Deputy Clerk: **Amanda Zarkowsky**

Case Number: **1:19-CR-324**            Defendant's Name: **LARRY SCOTT**
AUSA: **Jeffrey Davis**                Defendant's Attorney: **Steve Murrin**
USPO/PTR:                      Type Counsel: (X) Retained  ( ) CJA  ( ) FPD  ( ) Waived

____ ARREST DATE:
____ INTERPRETER:
**X**  INITIAL APPEARANCE HEARING. ( X ) In THIS DISTRICT        Dft in custody? ( ) Yes   ( ) No
____ Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.
____ ORDER appointing Federal Defender Program as counsel.  ( ) INITIAL APPEARANCE ONLY.
____ ORDER appointing _____ as counsel.
____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
____ Dft to pay attorney fees as follows: _____
**X**  INFORMATION/COMPLAINT filed.        **X**  WAIVER OF INDICTMENT filed.
**X**  Copy indictment/information given to dft? ( X ) Yes  ( ) No    Read to dft? ( ) Yes  ( ) No  ( X ) Prior to Hrg
____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
**X**  ARRAIGNMENT HELD. ( X ) Information          ( ) Dft's WAIVER of appearance filed.
____ Arraignment continued to _____ at _____  Request of ( ) Govt  ( ) Dft
____ Dft failed to appear for arraignment.  Bench warrant issued
____ Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.
____ MOTION TO CHANGE PLEA, and order allowing same.
**X**  ASSIGNED TO JUDGE **SCJ** for ( ) trial  ( X ) arraignment/sentence.
____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
____ Estimated trial time: ___ days.       ( ) SHORT  ( ) MEDIUM  ( ) LONG
____ PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until _____ at _____ for sentencing.

ARRAIGNMENT - Pg. 2                    Case No.: LARRY SCOTT
                                        Defendant: 119CR324

\_\_\_\_ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

\_\_\_\_ Temporary commitment issued.   Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

X     BOND / PRETRIAL DETENTION hearing held.

\_\_\_\_ Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN

\_\_\_\_ WRITTEN ORDER TO FOLLOW.

\_\_\_\_ HEARING HELD on motion for reduction / modification of bond.

\_\_\_\_ Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

\_\_\_\_ WRITTEN ORDER TO FOLLOW.

X     BOND SET at   $10,000.00

X     Non-surety

\_\_\_\_ Surety  ( ) Cash    ( ) Property    ( ) Corporate surety ONLY

\_\_\_\_ SPECIAL CONDITIONS: _____

X     Bond filed; defendant released.

\_\_\_\_ Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:** _____

**SENTENCE:** _____